133 So.2d 203

James ARGO

v.

STATE.

3 Div. 977.

Supreme Court of Alabama.

Sept. 21, 1961.

James Argo, pro se.

MacDonald Gallion, Atty. Gen., and Dwight W. Bradley, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of James Argo for certiorari to the Court of Appeals to review and revise the judgment and decision in Argo v. State, 133 So.2d 201.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

133 So.2d 37

Miles Raymond BAGGETT

v.

STATE.

8 Div. 81.

Supreme Court of Alabama.

Sept. 14, 1961.

Bell, Morring, Richardson & Cleary, Huntsville, for petitioner.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Miles Raymond Baggett for certiorari to the Court of Appeals to review and revise the judgment and decision in Baggett v. State, 133 So.2d 33.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.